### Commonwealth *v.* Trapp, Appellant.

Submitted September 14, 1970. *Anthony S. Blasco,* for appellant; *John E. Gallagher,* First Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.